# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| THOMAS RAY ROBINSON,<br><br>　　Plaintiff,<br>v.<br><br>EQUIFAX INFORMATION SERVICES, LLC,<br><br>　　Defendant. | **Civil Action No.:** 1:23-cv-00994-HYJ-RSK<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT EQUIFAX INFORMATION SERVICES, LLC** |

　　Pursuant to Federal Rule of Civil Procedure 41, Plaintiff Thomas Ray Robinson and Defendant Equifax Information Services, LLC ("Equifax"), by and through undersigned counsel, hereby stipulate that this action and all claims and defenses asserted therein be dismissed with prejudice as to Defendant Equifax.

　　There are no remaining Defendants in this matter.

　　Respectfully submitted this 28th day of February 2024.

| | |
|---|---|
| */s/ Tarek N. Chami*<br>Tarek N. Chami – MI# P76407<br>**CONSUMER ATTORNEYS**<br>22000 Michigan Ave, Suite 200<br>Dearborn, MI 48124<br>T: (313) 447-0488<br>E: tchami@consumerattorneys.com<br><br>*Attorneys for Plaintiff*<br>*Thomas Ray Robinson* | */s/ Jordan S. Bolton*<br>Jordan S. Bolton<br>**Taft Stettinius & Hollister LLP**<br>27777 Franklin Road, Suite 2500<br>Southfield, MI 48034<br>T: (248) 727-1449<br>F: (248) 988-2320<br>E: jbolton@taftlaw.com<br><br>*Attorney for Defendant,*<br>*Equifax Information Services LLC* |

1

2

**CERTIFICATE OF SERVICE**

      I hereby certify that on 28 February 2024, I electronically filed the foregoing with the Clerk of the Court using the ECF system, which will send notice of such filing to all attorneys of record in this matter.

*/s/ Ivan Kaminski*